**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM LONGCOR, : | |
| Plaintiff : | CIVIL ACTION NO. 3:15-2261 |
| v. : | (JUDGE MANNION) |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| Defendant : | |
| : | |

# MEMORANDUM

Pending before the court is the report of Magistrate Judge Gerald B. Cohn, which recommends that the plaintiff's appeal of the decision of the Commissioner of Social Security denying the plaintiff's application for benefits under the Act be denied and the case be closed. (Doc. 16). As of this date, neither party has filed objections to Judge Cohn's report.

Where no objection is made to a report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Civ.P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.,* 702 F.Supp.2d 465, 469 (2010) (citing *Henderson v. Carlson,* 812 F.2d 874, 878 (3d Cir. 1987) (explaining judges should give some review to every Report and Recommendation)). Nevertheless, whether timely objections are made or not, the district court may accept, not accept or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. §636(b)(1); Local Rule 72.31.

The court has reviewed the reasons presented by Judge Cohn for recommending that the plaintiff's appeal of the decision of the Commissioner be denied. Because the court agrees with the sound reasoning that led Judge Cohn to the conclusions in his report and finds no clear error on the face of the record, the court will adopt the report in its entirety. An appropriate order shall issue.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 26, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2261-01.wpd