# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM LONGCOR, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-2261 |
| v. | : | (JUDGE MANNION) |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant | : | |
| | : | |

# O R D E R

In accordance with the memorandum issued this same day in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Cohn recommending that the plaintiff's appeal of the decision of the Commissioner be denied, **(Doc. 16)**, is **ADOPTED IN ITS ENTIRETY**; and

**(2)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: April 26, 2017

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2261-01-ORDER.wpd